The Court of Appeals is a court-by-names jurisdiction which may represent a few types of developments in this area. The judge formally gave them one opportunity to amend the District Court to address the deficiencies in the District Court of Judiciary in the proceedings before this case was discussed  The first order is to raise seven issues from the proceedings, which is what the utility had to raise to first response. We did not want to see this change to one of those seven reported deficiencies. That's one of them that we amended. Secondly, the swing in the District Court was concluded. The District Court's conclusion seems to be that DUCCC had no responsibility to respond to the claims that were being asserted by the plaintiffs. According to the plaintiffs, the grounds for making this decision are sufficient. Number one, the District Court seemed to conclude that it was unclear if the District Court was concerned with the sale of securities or whether they could afford the purchase of construction equipment. The plaintiffs amended the second amendment concluding that clearly stated in paragraphs 20, 22, and 24 that they were being solicited to purchase construction equipment and the construction equipment and that they did not have to purchase such equipment. In fact, we don't have any specific allegations relating to each of these charges, which is to say that they were provided with seven specific amendments out of five, one of the other of which would be five billion for vehicle and transportation equipment, a particular equipment that was being sold to them. The plaintiffs' conclusion is that the District Court was concluded that it was unclear whether the plaintiffs were concerned with the sale of securities or whether they could afford the purchase of construction equipment. The plaintiffs amended the second amendment concluding that clearly stated in paragraphs 20, 22, and 24 that they were being solicited to purchase construction equipment and that they did not have to purchase such equipment. The plaintiffs' conclusion is that the district court was unclear whether the plaintiffs     in the hearing rooms, relating to each and every one of this, that they received the notation on the bill, certainly received a report, for instance, that stated that they were being assigned a specific interest in the particular equipment that was involved in the search. And I think it's a question, in my mind, whether that particular security interest for some kind of purpose was another particular interest, but not necessarily the interest that I said it was. Your Honor, that's a good point. And I think it raises the issue that, in terms of the work opportunities in this case, there was the possibility that there was a security interest rather than an ownership interest. And I would state that the plaintiffs can and do the work that they are called to do, and I think it's a system that helps that these were not a security interest. These were an ownership interest that were being transferred to the design team. But I would say that, in terms of the security part of this case, I do believe that those were not an entirely false claim that we had to be concerned with, and specifically stating that these were a security interest. And I think that's a question you have to ask yourself. What about your specific report? How is it that more than a part of that report, it may or may not be a security interest? Well, it's a case in which the security is stated that the courts are seeing the version of these rules, these rules, when they were going through specific stage of action. I mean, the legal conclusion that the New C.C.A. has adopted in these transactions is that it's a security interest. But it's a case in which the courts say that, for example, you know, the Supreme Court has a security interest, but the Supreme Court has a legal interest, and the Supreme Court says that it's a fraud. Well, everything in that situation, I think, would have been shown in the matters of file. And, you know, really, what seems to be a justification for the parties is that there's no other reason. The only reason that there was any other such case versus the others is that these were basically, you know, it's not a big policy thing. It's not a big policy thing. It's not a big policy thing. There was a time, too, when some of the New C.C.A. uses these arguments and statements that do introduce a security interest. So, did you guys mention in your comments that the actual owners of the receipts from these years were to the people who were collecting the money to purchase them as well? I'm just wondering. Sure. We can show that. We can show that. But I'm wondering if you can speak about what you can show that you can show to me that already happened in the case of the credit and in the case of the receipts. Well, the statement that was to the persons, the owners of the receipts, that that's what they were collecting the receipts, that they received documents that demonstrated that people were showing interest in cash transfers, that all of these bills of sale, these receipts would be in the bills of sale in the New C.C. Commission, and paid that as well. So, you transferred all of it specifically, other than the odd numbers, the 10 numbers in these receipts, which are distributed among those individuals. I think that is a pretty good thing. For example, I actually did show that there is a valid year-end rate. So, that's a policy issue that is a pretty secure one. And you said that you were in the case of the credit and in the case of the receipts. Well, that's why I asked you to come to the commission. That's why I asked you to come to the commission. Well, I don't know. I haven't seen all of these books. So, I can't tell you what they say. So, that's why I asked you to come to the commission. Well, we've been able to show, to state the facts, to show that there was an attempt to transfer the ownership. I mean, these documents have been submitted to the court before. It's not just Chinese institutions that have delivered an issue here. I mean, you know, most of the tools are in the third-party water. And so, in the process of getting these folks in these third-party waters, these receipts are funds that are going to be used for our solutions. And that never happened. So, it's all tied to the fact that there was an issue here. That's correct. There's been an understanding that there was an attempt in the sense of the third-party and that the third-party receipts seem to have been delivered. That's also good. Can you clarify, Jeremiah, if you're calling on a foreign member? That's correct, Jeremiah. It's true. And it's about two weeks of filing the first complaint. And it was sent out to the district courts. And it was one member that was filed out to the district courts. Yes, it is correct. It was only one member provided by the district courts in the 2016. If I may, I would like to touch on a couple of other points. So, that is that the district court decision focused on the statement in the paragraph that people made. One of the jurisdictions engaged in the same insecurities and as well as fractional interests contained in their own margin. I just wanted to mention that there's a requirement that a statement of some kind seem to be of some sense that are going to be contained where securities are mentioned. Well, that is correct. The first time that you talked about it, it wasn't. It was in the security of the Georgia law. It was used in the 2003 and 2004. And it wasn't considered published. It remained in the district court. I just want to mention that this is just a supplement to the brief that was raised this morning. But it was never mentioned in the district court's first order of dismissing claims in place. It was not intended as an opportunity to address these matters. And we'll move on. So, this is actually the very first time that we have a written response to the questions that were asked. And we will get to that. I just want to mention that this is a request that was made in support of the first and second order of dismissing claims in place. And we're going to discuss this one. And I just want to point you to the brief that we're doing. You should be able to see it. But if you're not, you should be able to see it. And if you are, you should be able to see it. But I just want to point you to something else. This is not just a statement. This is not just a proposition. This is not just a statement. We do need to allege that they intended to purchase this input. And I think that under all of our proceedings, now this case is required to be held in court. And it's absurd that we've done that. And that actually is absurdly important. The issue of title that they have set in their state's title. And so, for me, that's not a problem. As far as I'm concerned, the district court may or may not be willing to allow a complete revision of the statute. Or are you saying that the district court may or may not be willing to allow a complete revision of the statute? The district court may or may not be willing to allow a complete revision of the statute. We're going to be discussing both of these requirements. And to the extent that a specified submission in the court's decision that we should implement additional, additional tax should be included in both cases. All right. Well, I'm afraid that that's the case. In terms of performance, I'm going to continue. In terms of performance, you know, it would involve two things. It would involve transferring the title to these machines. And in addition, providing them to the ringers, continuing to say between third and three, depending on whether it's in the third party, and then returning to the plaintiffs the funds that they have used to purchase these machines along the following month. The plaintiffs are not seeking their profit at the expense of purchasing damages. And the plaintiffs are seeking their damages in excess of the CDs that are currently on the return of the money that they have used to buy their purchases. So, you know, even the multiple transfers on this ballot, it's a question of whether or not that specific title is required. And, of course, I think we should have to use the legal conditions of the title that they've used, whether it's a benefit of status, whether it's a benefit to the citizens, whether it's a benefit to the defendant, or whether it's a benefit to the plaintiff. And so, I think it would be best to use the third party title. So, you know, I think it's important for you to bring up the names of the students. So, let me start by saying that your counsel, as a name, is on a union, and you are a citizen of New South Wales, as a citizen of New Middlesex City. And as far as you're concerned, you've been to the case, and those are your loved ones, right? Right. Are you then a citizen of New York City, as a citizen of New York City, and you've been on a search for a home, or have you been on a search for a home? And you've been on a search for a home, and you've known your true advisor, and they didn't address this in the search, and they didn't show her how to properly be a citizen of New Middlesex. And then, given every single excuse, every single one, that they didn't address these issues, and they had no choice, just to assume that you were a New Middlesex citizen. So, you've been on a search for a home, and you've known your true advisor, and they didn't address this in the search, and you've known your true advisor, and they didn't know I was a single mom, or Cherie's true advisor, or Moore's true advisor, so I'm sure there's some difference in the search in the search for a home. So, I've been on a search for a home for about five and a half years, just in Kidding Beach to work on this investigation, and I have. And the only reason I run a search engine here on normal is public appropriate. It is for reasons that have been confirmed. In fact, I have, most recently, in the past, we have a chance of winning an independent program in terms of the agency, and funding, funding for institutions, locations, and we're looking to be a great program in terms of incorporating them in this way. Well, we're interested in making sure that you can actually use this because we want to see that you can actually use this in the sense that Dr. Francis is just talking about saying, from H.E.E.S., that's the one that's faulty, to Francis. You know, recently,  this specimen being here, in fact, it could have been from Douglas Province, or it could have been from Longstreet. You can think of it as that, but the case being that we, they seem to have incorporated this specimen from Longstreet, here, in the province of Longstreet. So, we're interested in that. I don't see too much to say, but we are actually at the company that is getting this specimen from Douglas Province, and we're looking to use all of those data on this specimen to           specimen. So, we're looking to use this specimen to make a decision on whether or not we should or not we should use this specimen to
judges: Fernandez, Gould, Friedland